UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20695-CIV-MORENO

SOLYMAR INVESTMENTS, LTD. et al.,

    Plaintiffs,

vs.

BANCO SANTANDER, S.A. et al.,

    Defendants.

_____/



## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION; ORDER ON MOTIONS TO DISMISS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion to Dismiss Based on the Parties' Arbitration Agreement **(D.E. 15)**, filed **June 7, 2010**, and on Defendants' Motion to Dismiss (on other grounds) **(D.E. 46)**, filed **September 30, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. 75)** on **March 14, 2011** recommending that Defendants' Motion to Dismiss Based on the Parties' Arbitration Agreement be GRANTED and that Defendants' Motion to Dismiss (on other grounds) be DENIED as moot. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. 75)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

    (1)    Defendants' Motion to Dismiss Based on the Parties' Arbitration Agreement **(D.E.**

**15)** is GRANTED.

(2)     Defendants' Motion to Dismiss (on other grounds) **(D.E. 46)** is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

United States Magistrate Judge Stephen T. Brown

Counsel of Record